# EXHIBIT A

Copyright Registration issued for Plaintiff's work: *How This Selfie With Mariska Hargitay Ruined My Life*

Registration No. PA0002565154
Effective 10/09/2025

[attached]

**Registration #:** PA0002565154
**Service Request #:** 1-15018599358

## Mail Certificate _____

Meghan Walsh
7261 Barton Circle
Parma, OH 44129 United States

**Priority:** Special Handling   **Application Date:** October 09, 2025

## Correspondent _____

**Name:** Meghan Walsh
**Email:** meghan_walsh14@aol.com
**Telephone:** (440)823-4442
**Address:** 7261 Barton Circle
Parma, OH 44129 United States

Registration Number

# PA 2-565-154

**Effective Date of Registration:**
October 09, 2025
**Registration Decision Date:**
February 04, 2026

## Title

        **Title of Work:**   How This Selfie With Mariska Hargitay Ruined My Life

## Completion/Publication

        **Year of Completion:**   2017
        **Date of 1st Publication:**   September 28, 2017
        **Nation of 1st Publication:**   United States

## Author

        • **Author:**   Meghan Walsh
        **Author Created:**   entire motion picture
        **Citizen of:**   United States
        **Year Born:**   1997

## Copyright Claimant

        **Copyright Claimant:**   Meghan Walsh
        7261 Barton Circle, Parma, OH, 44129, United States

## Certification

        **Name:**   Meghan Walsh
        **Date:**   October 09, 2025

        **Correspondence:**   Yes
        **Copyright Office notes:**   Regarding special handling request: Claim upgraded for special handling per request received on 02/03/2026 due to pending/prospective litigation.