# EXHIBIT B

Copyright Registration issued for Plaintiff's work: *I Sang Onstage With F\*cking Nickelback*

Registration No. PA0002565157
Effective 10/09/2025

[attached]

**Registration #:** PA0002565157  
**Service Request #:** 1-15018599415

## Mail Certificate

Meghan Walsh  
7261 Barton Circle  
Parma, OH 44129 United States

**Priority:** Special Handling  **Application Date:** October 09, 2025

## Correspondent

**Name:** Meghan Walsh  
**Email:** meghan_walsh14@aol.com  
**Telephone:** (440)823-4442  
**Address:** 7261 Barton Circle  
Parma, OH 44129 United States

Registration Number

# PA 2-565-157

**Effective Date of Registration:**
October 09, 2025
**Registration Decision Date:**
February 04, 2026

## Title

        **Title of Work:**    I Sang Onstage With F*cking Nickelback

## Completion/Publication

        **Year of Completion:**    2017
    **Date of 1st Publication:**    September 28, 2017
  **Nation of 1st Publication:**    United States

## Author

-           **Author:**    Meghan Walsh
    **Author Created:**    entire motion picture
         **Citizen of:**    United States
          **Year Born:**    1997

## Copyright Claimant

    **Copyright Claimant:**    Meghan Walsh
    7261 Barton Circle, Parma, OH, 44129, United States

## Certification

            **Name:**    Meghan Walsh
            **Date:**    October 09, 2025

---

      **Correspondence:**    Yes
**Copyright Office notes:**    Regarding special handling request: Claim upgraded for special handling per request received on 02/03/2026 due to pending/prospective litigation.