# EXHIBIT C

Copyright Registration issued for Plaintiff's work: *National Anthem*

Registration No. PA0002565149
Effective 10/09/2025

[attached]

**Registration #:** PA0002565149
**Service Request #:** 1-15018599320

## Mail Certificate

Meghan Walsh
7261 Barton Circle
Parma, OH 44129 United States

**Priority:** Special Handling    **Application Date:** October 09, 2025

## Correspondent

**Name:** Meghan Walsh
**Email:** meghan_walsh14@aol.com
**Telephone:** (440)823-4442
**Address:** 7261 Barton Circle
Parma, OH 44129 United States

Registration Number

# PA 2-565-149

**Effective Date of Registration:**
October 09, 2025
**Registration Decision Date:**
February 04, 2026

## Title

      **Title of Work:** National Anthem

## Completion/Publication

      **Year of Completion:** 2017
      **Date of 1st Publication:** September 28, 2017
      **Nation of 1st Publication:** United States

## Author

-       **Author:** Meghan Walsh
        **Author Created:** entire motion picture
        **Citizen of:** United States
        **Year Born:** 1997

## Copyright Claimant

      **Copyright Claimant:** Meghan Walsh
      7261 Barton Circle, Parma, OH 44129

## Certification

      **Name:** Meghan Walsh
      **Date:** October 09, 2025

---

      **Correspondence:** Yes
      **Copyright Office notes:** Regarding special handling request: Claim upgraded for special handling per request received on 02/03/2026 due to prospective/pending litigation.