# EXHIBIT D

Pretend Podcast Recording Consent Form

[attached]

# PRETEND

## RECORDING CONSENT FORM

Without expectation of compensation or other remuneration, now or in the future, I hereby give my consent to PRETEND PODCAST, its affiliates and agents, to use my image and likeness and/or any interview statements from me in its publications, advertising or other media activities (including the Internet).

**This consent includes, but is not limited to: (Initial where applicable)**

_____x_____ - (a) Permission to interview, tape, or otherwise make a video reproduction of me and/or record my voice;

_____x_____ - (b) Permission to use my name; and

_____x_____ - (c) Permission to use quotes from the interview(s) (or excerpts of such quotes), the film, photograph(s), tape(s) or reproduction(s) of me, and/or recording of my voice, in part or in whole, in its publications, in newspapers, magazines, and other print media, on television, podcasts, and electronic media (including the Internet).

This consent is given in perpetuity and does not require prior approval by me.

**Name:** Meghan Walsh

**Signature:** *Meghan Walsh*
Meghan Walsh (Aug 29, 2025 16:39:21 CDT)

**Address:** 7261 Barton Circle Parma, OH 44129

**Date:** 29/08/2025