# EXHIBIT E

Copyright Office NewsNet Issue No. 1077
*U.S. Copyright Office Fully Operational Following Government Reopening*

Dated November 14, 2025

[attached]

Home / NewsNet Archive / NewsNet Issue 1077

# U.S. Copyright Office Fully Operational Following Government Reopening

Issue No. 1077 - November 14, 2025

The U.S. Copyright Office is fully operational following the reopening of the federal government. The Office has resumed all services and continues to administer U.S. copyright law, including registering copyright claims, recording information about copyright ownership, providing information to the public, and assisting Congress and other parts of the government.

During the lapse in appropriations, most Office functions were paused. The Office has now resumed processing copyright registrations, recordation applications, and other requests. We are working diligently to handle pending submissions as promptly as possible. Consistent with our normal practices, registration claims and recordation submissions generally will be handled in the order in which they were received, including those submitted since October 1.

Any delay that occurred in processing will not affect the effective date of registration. This is the date the Office receives in acceptable form all required registration elements: an application, a deposit, and a nonrefundable filing fee. If additional information is needed to process a registration application, the Office will correspond with applicants.

The Copyright Claims Board (CCB), the Office's voluntary small-claims tribunal, has resumed processing claims, including those submitted during the funding lapse. The CCB will work expeditiously to review those claims and other filings and respond to emails. It will also reschedule party conferences that were cancelled.

The Office appreciates the patience and understanding of the public and users of copyright services as we process applications and other submissions. If you have questions about the status of your submission, please contact us at copyright.gov/help/ during normal business hours, Monday through Friday, 8:30 a.m. to 5:00 p.m. eastern time. Our Copyright Office Reading Room is also open during regular business hours.

For more information about the U.S. Copyright Office, please visit us at copyright.gov.