**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MEGHAN K. WALSH, | ) | CASE NO. 1:25-cv-02485-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| JAVIER J. LEIVA, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ENTRY GRANTING THE PARTIES' JOINT MOTION TO**
**RESCHEDULE MAY 12, 2026, STATUS CONFERENCE**

This matter is before the Court upon the Joint Motion of the Parties to Reschedule the May 12, 2026, Status Conference.  For good cause shown, the Court finds the Motion well taken.  It is therefore

ORDERED that the May 12, 2026, Status Conference shall be rescheduled to May 5, 2026, at 10:00 a.m. in Chambers 10B before Magistrate Judge Jonathan D. Greenberg.

_____
MAGISTRATE JUDGE JONATHAN D. GREENBERG

Submitted by:

/s/ *Paige M. Rabatin*
PAIGE M. RABATIN (0097916)
200 Public Square, Suite 1850
Cleveland, Ohio 44114
Telephone: (304) 834-4693
Facsimile: (216) 259-8858
Email: pmrabatin@bmdllc.com
*Counsel for Defendant Javier J. Leiva*

/s/*Meghan Kathleen Walsh*

MEGHAN KATHLEEN WALSH

Plaintiff, *pro se*

7261 Barton Circle

Parma, Ohio 44129

Telephone: (440) 823-4442

Email: themeghanwalsh@proton.me