**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION**

| | |
|---|---|
| MEGHAN KATHLEEN WALSH, | |
| *Plaintiff,* | **CASE NO. 1:25-CV-02485-DCN** |
| vs. | **Judge Donald C. Nugent** |
| JAVIER LEIVA, | **Magistrate Judge Jonathan D. Greenberg** |
| *Defendant.* | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY REQUESTS**

Defendant Javier Leiva, pursuant to Fed. R. Civ. P. 6, moves the Court for a thirty-day extension of time to respond to Plaintiff's discovery requests, through and until May 29, 2026. In support of this Motion, Defendant respectfully shows the Court:

1. On March 30, 2026, Plaintiff served Defendant with 20 Interrogatories; 36 requests for admission; and 25 requests for production, attached to this Motion as **Exhibits A, B,** and **C**, respectively.

2. Defendant's deadline to respond to the requests is April 29, 2026, and the time for responding thus has not yet expired. *See* Fed. R. Civ. P. 33(b)(2), 34(b)(2)(a), 36(a)(3).

3.     Defendant conferred with Plaintiff prior to filing this Motion. Plaintiff stated that she would consent to a ten-day extension, but would not consent to Defendant's request for a thirty-day extension.

4.     Defendant reasonably requires a thirty-day extension of time to respond to Plaintiff's requests, which are broad and require substantial time to fully respond.

5.     By way of example, Plaintiff's Interrogatory No. 8 requests that Defendant "Identify all communications in which you discussed Plaintiff's credibility with any third party, including but not limited statements to audiences." For each communication, Plaintiff requests that Defendant "state the date, participants, and the substance of the statements made, including any statements regarding Plaintiff's credibility, reliability, or truthfulness."  Ex. A at 3. Plaintiff's other interrogatories similarly ask Defendant to extensively detail information, communications, or his actions. *E.g.*, Ex. A at 4 ("INTERROGATORY NO. 11 Identify all information in your possession prior to publication that contradicted or called into question the accuracy of statements made about Plaintiff in the podcast.; INTERROGATORY NO. 12 State the dates on which you obtained (a) any documentation from the Parma Police Department and (b) any statements or admissions from Michelle Ivey. For each date identified, describe any actions you took thereafter to revise, update, or modify the content of the podcast; INTERROGATORY NO. 13 Identify any actions taken after

2

September 20, 2025 to continue, modify, republish, or distribute podcast content concerning Plaintiff, including the dates and reasons for such actions.").[1]

6.      Similarly, Plaintiff's Requests for Production of Documents seek broad categories of documents, such as all of Defendant's communications, notes, and recordings. *See generally* Exhibit C.[2] Defendant reasonably requires additional time to collect, review, and prepare the documents for production.

7.      Plaintiff will not be prejudiced by the extension. The deadline for fact discovery is August 26, 2026. Thus, if this Motion is granted, Defendant's discovery responses will be served nearly three months before the discovery cutoff.

WHEREFORE, Defendant respectfully requests that the Court:

1.      Enter an order granting Defendant a thirty-day extension of time to respond to Plaintiff's Interrogatories, Requests for Admission, and Requests for Production, through and until May 29, 2026; and

2.      Grant Defendant such other and further relief as the Court shall deem just and proper.

---

[1] By referencing the Interrogatories, Defendant does not waive, and instead hereby expressly reserves, all objections to the Interrogatories.

[2] By referencing the Requests for Production of Documents, Defendant does not waive, and instead hereby expressly reserves, all objections to the Requests.

3

Respectfully submitted, this the 28th day of April, 2026.

/s/  Amanda S. Hawkins

**BRENNAN MANNA DIAMOND**

PAIGE M. RABATIN (0097916)
200 Public Square, Suite 1850
Cleveland, Ohio 44114
Telephone: (304) 834-4693
Facsimile: (216) 259-8858
Email: pmrabatin@bmdllc.com

**BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP**

Amanda S. Hawkins (*admitted pro hac vice*)
N.C. State Bar No. 50763
ahawkins@brookspierce.com
150 Fayetteville Street, Suite 1700
P.O. Box 1800
Raleigh, NC  27601 (27602)
Telephone:   919-839-0300
Facsimile:   919-839-0304

*Attorneys for Defendant Javier Leiva*

4

## CERTIFICATION OF PAGE LENGTH

Pursuant to Local Rule 7.1(f), I hereby certify that this case has been assigned to the Standard track, and the foregoing memorandum adheres to the page limitations set forth in Local Rule 7.1(f).

This the 28th day of April, 2026.

/s/ Amanda S. Hawkins
Amanda S. Hawkins


## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, the foregoing was served by United States Mail and electronic mail as follows:

Meghan Kathleen Walsh
7261 Barton Circle
Parma, OH 44129
themeghanwalsh@proton.me

This the 28th day of April, 2026.

/s/ Amanda S. Hawkins
Amanda S. Hawkins

5