UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MEGHAN KATHLEEN WALSH, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:25 CV 2485 |
| | ) | |
| v. | ) | AMENDED ORDER OF |
| | ) | REFERRAL |
| | ) | |
| JAVIER JOSE LEIVA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The above captioned case is hereby referred to Magistrate Judge Jonathan D.

Greenberg, Jr. for pretrial supervision.  The Magistrate Judge is hereby authorized to: (1)

oversee service of the Complaint and orders of the Court; (2) conduct a Case

Management Conference and Status Hearing; (3) enter and enforce non-dispositive

pretrial orders including, but no limited to, orders pertaining to discovery matters; (4)

sign all stipulated orders; and, (5) rule on all non-dispositive motions.  The Magistrate

Judge shall also (6) "issue any preliminary orders and conduct any necessary evidentiary

hearing or other appropriate proceeding," Local Rule 72.1, and file with the Court a

report containing their proposed findings and recommendation for disposition necessary

to any preliminary non-dispositive motions.  The Court reserves the right to rule directly on any matter filed in the within matter.

This case shall be returned to this Court when ready for trial unless all parties consent to trial before Magistrate Judge Greenberg.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATE: May 27, 2026